```
Name / Nombre:        HOANG TUONG NGUYEN

A Number / Número A:  072598011

Address / Dirección:  MESA VERDE

                      425 GOLDEN STATE AVE

PRO SE                BAKERSFIELD, CA 93301
```

**FILED**

DEC 23 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

[Full Name / Nombre Completo]

Petitioner,

v.

Warden of the _____ Detention Facility, Current or Acting Field Office Director, San Francisco Field Office, United States Immigration and Customs Enforcement; Current or Acting Director, United States Immigration and Customs Enforcement; Current or Acting Secretary, United States Department of Homeland Security; and Current or Acting United States Attorney General,

Respondents.

Case No. 1:24cv1579

**Motion for Appointment of Counsel Pursuant to 18 U.S.C. § 3006A**

Petitioner [your name / *su nombre*] __HOANG TUONG NGUYEN__ has filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 challenging Petitioner's indefinite detention by Respondents. Petitioner was detained by Immigration and Customs

1

Enforcement (ICE) on or about [date / *el mes y año en que comenzó su detención por ICE*] __15 - 30 - 2024__. Petitioner has remained in ICE custody since that date. Petitioner's removal proceedings remain pending.

  The concurrently filed petition for writ of habeas corpus sets forth Petitioner's eligibility for a writ of habeas corpus ordering Petitioner's release.

  Petitioner moves the Court to appoint counsel to represent Petitioner in this case. The Court may appoint counsel in a habeas action when the "interests of justices so require." 18 U.S.C. § 3006A(a)(2)(B). Here, Petitioner has a strong chance of success on the merits as explained in the concurrently filed petition for writ of habeas corpus. However, given the complexity of the law on immigration detention and Petitioner's status as a detained immigrant, Petitioner would have great difficulty presenting the case without the assistance of counsel. For these reasons, Petitioner respectfully requests that the Court appoint counsel.

__12-15-2024__
Date [*Fecha*]

__HOANG TUONG NGUYEN__
Printed Name [*Nombre Impreso*]

__Nguyen__ (signature)
Signature [*Firma*]