# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOANG TUONG NGUYEN,<br><br>Petitioner,<br><br>v.<br><br>FIELD OFFICE DIRECTOR, SAN FRANCISCO FIELD OFFICE, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>Respondents. | Case No. 1:25-cv-01579-EPG-HC<br><br>ORDER DIRECTING RESPONDENT TO FILE JEROME DECLARATION AND ANY EXHIBITS THERETO |

Petitioner is proceeding *pro se* with a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Respondent has filed a supplement regarding the motion to dismiss. (ECF No. 11.) Therein, Respondent states that Petitioner was removed from the United States on March 19, 2025, citing to "Jerome Declaration." (Id. at 2.) However, Respondent has not provided the Court with the Jerome Declaration.

Accordingly, IT IS HEREBY ORDERED that within seven (7) days of the date of this order, Respondent SHALL FILE the Jerome Declaration and any exhibits attached thereto.
IT IS SO ORDERED.

Dated:   **May 28, 2025**                          /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28